| | |
|---|---|
| **STEPTOE & JOHNSON LLP**<br>Anthony J. Anscombe<br>State Bar No. 135883<br>aanscombe@steptoe.com<br>1 Market Plaza, Spear Tower, Suite 3900<br>San Francisco, CA 94105<br>Telephone: (415) 365-6700<br>Facsimile: (415) 365-6699 | **STEPTOE & JOHNSON LLP**<br>Sarah D. Gordon, *pro hac vice forthcoming*<br>sgordon@steptoe.com<br>1330 Connecticut Ave NW<br>Washington, DC 20036<br>Telephone: (202) 429-8005<br>Facsimile: (202) 429-3902 |

**STEPTOE & JOHNSON LLP**
Melanie A. Ayerh, State Bar No. 303211
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone: (213) 439-9432
Facsimile: (213) 439-9599

*Attorneys for Defendants,*
HARTFORD FIRE INSURANCE COMPANY and
SENTINEL INSURANCE COMPANY, LIMITED

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUE INCORPORATED, a Delaware Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 5:20-cv-04466<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Judge: Mag. Judge Nathanael Cousins<br>Dept: 5<br>FAC Served: June 8, 2020<br>Current Response Deadline: July 13, 2020<br>New Response Deadline: July 27, 2020 |

---

1
STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED
COMPLAINT

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, Plaintiff Founder Institute Incorporated ("Plaintiff") and Defendants Hartford Fire Insurance Company and Sentinel Insurance Company, Ltd. ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on April 16, 2020, Plaintiff filed a Complaint against Defendants in the Superior Court of California, County of Santa Clara, Case No.: 20CV366110 and on May 22, 2020, Plaintiff filed a First Amended Complaint ("FAC") (ECF No. 1-1);

WHEREAS, Defendants were served with the FAC on June 8, 2020;

WHEREAS, Defendants filed a Notice of Removal to the Northern District of California on July 6, 2020 (ECF No.1);

WHEREAS, Defendants' current deadline to respond to the FAC is July 13, 2020 (*See* FRCP 81(c)(2));

WHEREAS, on July 9, 2020, counsel for the Parties met and conferred, and agreed to extend the time for Defendants to respond to the FAC by two weeks up to and including July 27, 2020;

WHEREAS, the interests of justice and judicial efficiency will be furthered by continuing the date by which Defendants must respond to the FAC;

WHEREAS, by stipulating to the extension herein will not alter the date of any event or any deadline already fixed by Court Order;

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate that the time for Defendants to respond to Plaintiff's FAC in this action shall be extended up to and including July 27, 2020.

///

///

**IT IS SO STIPULATED.**

DATED:  July 10, 2020                         STEPTOE & JOHNSON LLP


                                              By:  /s/ Melanie A. Ayerh
                                                   Anthony J. Anscombe
                                                   Sarah D. Gordon
                                                   Melanie A. Ayerh

                                              *Counsel for Defendants,*
                                              HARTFORD FIRE INSURANCE
                                              COMPANY and SENTINEL INSURANCE
                                              COMPANY, LIMITED

DATED:  July 10, 2020                         SANJIV N. SINGH, A PROFESSIONAL
                                              LAW CORPORATION


                                              By:  /s/ Sanjiv N. Singh
                                                   Sanjiv N. Singh

                                              *Counsel for Plaintiff,*
                                              FOUNDER INSTITUTE
                                              INCORPORATED


## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I, Melanie A. Ayerh, have obtained concurrence in the filing of this document from the other signatory listed here.