**STEPTOE & JOHNSON LLP**
Anthony J. Anscombe
State Bar No. 135883
aanscombe@steptoe.com
1 Market Plaza, Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (415) 365-6699

**STEPTOE & JOHNSON LLP**
Sarah D. Gordon, *pro hac vice forthcoming*
sgordon@steptoe.com
1330 Connecticut Ave NW
Washington, DC 20036
Telephone: (202) 429-8005
Facsimile: (202) 429-3902

**STEPTOE & JOHNSON LLP**
Melanie A. Ayerh, State Bar No. 303211
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone: (213) 439-9432
Facsimile: (213) 439-9599

*Attorneys for Defendants,*
HARTFORD FIRE INSURANCE COMPANY and
SENTINEL INSURANCE COMPANY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUTE INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**DECLARATION OF MEGAN JANEIRO IN SUPPORT OF HARTFORD FIRE INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) AND 12(b)(2)**<br><br>Date: October 15, 2020<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Honorable Vince Chhabria |

I, Megan Janeiro, state as follows:

1. I am an Assistant Vice President of Claims for Hartford Fire Insurance Company ("HFIC"). I have responsibilities for property claims for all underwriting subsidiaries of The Hartford Financial Services Group, Inc. ("HFSG"), including Sentinel Insurance Company, Ltd. ("Sentinel"). The facts stated in this declaration are within my personal knowledge – either directly or by virtue of my investigation into the corporate records and documents maintained in the ordinary course of HFIC's business – and all such facts are true and correct. This declaration is made in support of the facts asserted and contained in HFIC's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2) ("Motion to Dismiss").

2. HFIC is incorporated in Connecticut with its principal place of business at One Hartford Plaza, Hartford, CT 06155.

3. HFIC has not issued any insurance policy to Plaintiff Founder Institute Incorporated and HFIC did not issue the policy attached as Exhibit A (Policy No. 57 SBA BA6715 DX).

4. "The Hartford" is not a legal entity. Rather, "The Hartford" is a brand name used by multiple, distinct entities, including Sentinel Insurance Company, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on,

July ___, 2020, at _____, _____.

Megan Janeiro

2
DECLARATION OF MEGAN JANEIRO                    DOC. # DC-15625054 V.1

I, Megan Janeiro, state as follows:

1. I am an Assistant Vice President of Claims for Hartford Fire Insurance Company ("HFIC"). I have responsibilities for property claims for all underwriting subsidiaries of The Hartford Financial Services Group, Inc. ("HFSG"), including Sentinel Insurance Company, Ltd. ("Sentinel"). The facts stated in this declaration are within my personal knowledge – either directly or by virtue of my investigation into the corporate records and documents maintained in the ordinary course of HFIC's business – and all such facts are true and correct. This declaration is made in support of the facts asserted and contained in HFIC's Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(2) ("Motion to Dismiss").

2. HFIC is incorporated in Connecticut with its principal place of business at One Hartford Plaza, Hartford, CT 06155.

3. HFIC has not issued any insurance policy to Plaintiff Founder Institute Incorporated and HFIC did not issue the policy attached as Exhibit A (Policy No. 57 SBA BA6715 DX).

4. "The Hartford" is not a legal entity. Rather, "The Hartford" is a brand name used by multiple, distinct entities, including Sentinel Insurance Company, Ltd.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration was executed on,

July 27, 2020, at ____Waterbury, CT____  _____
                                           Megan Janeiro