SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff FOUNDER INSTITUTE INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUNDER INSTITUTE INCORPORATED,** a Delaware Corporation,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**HARTFORD FIRE INSURANCE COMPANY,** a corporation doing business in California; **SENTINEL INSURANCE COMPANY, LIMITED,** a corporation doing business in California; and **DOES 1 through 50,** inclusive,<br><br>    **Defendants.** | Case No.: 3:20-cv-04466-VC<br><br>**PLAINTIFF FOUNDER INSTITUTE, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS OPPOSITION TO MOTION TO DISMISS**<br><br>**[Fed. R. Civ. Pro. 12(b)(1) and 12(b)(6)]**<br><br>Date:      October 15, 2020<br>Time:      10:00 a.m.<br>Location:  450 Golden Gate Avenue<br>           San Francisco, CA 94102<br>           Courtroom 4 – 17th floor<br>Judge:     Hon. Vince Chhabria |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Founder Institute Incorporated ("Founder"), through its attorneys of record, respectfully submits as supplemental authority the attached Opinions in support of its motion to dismiss:

1. *Urogynecology Specialist of Florida LLC v. Sentinel Ins. Co., Ltd.*, Case No. 6:20-cv-01174-ACC-EJK (M. D. Fla., Sept. 24, 2020) (A. Conway), attached hereto as Exhibit A.

2. *Harvest Moon Distributors v. Southern-Owners Ins. Co.*, Case No. 6:20-cv-1026-ORL-40DCI (M.D. Fla., Oct. 9, 2020) (P. Byron), attached hereto as Exhibit B.

3. *Mortar & Pestle Corp. d/b/a Olea Restaurant v. Atain Specialty Ins. Co. a/k/a Atain Ins. Co.*, Case No. 20-cv-03461-MMC (N. D. Cal., Sept. 11, 2020) (M. Chesney), in which the order and the hearing transcript are attached hereto as Exhibit A.

DATED: October 13, 2020

Respectfully Submitted by,
SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

/s/ Sanjiv N. Singh
Sanjiv N. Singh

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

/s/ Michael B. Indrajana
Michael B. Indrajana

Attorneys for Plaintiff Founder Institute, Inc.