SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Founder Institute Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUTE INCORPORATED., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FINANCIAL SERVICES GROUP, a Corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME AND ORDER PURSUANT TO CIVIL L. R. 6-2**<br><br>Hearing Date: January 7, 2021<br>Time:            10:00 A.M.<br>Location:      450 Golden Gate Avenue<br>                      San Francisco, CA 94102<br>                      Courtroom 4 – 17th floor<br>Judge:         Hon. Vince Chhabria |

Pursuant to Civil L.R. 6-2, Plaintiff Founder Institute Incorporated ("Plaintiff") and Sentinel Insurance Company, Limited ( "Defendant") hereby stipulate and jointly request that the Court enter an Order extending the time for filing an Opposition to, and Reply in support

of, Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint pursuant to FRCP 12(b)(6), filed on November 20, 2020 ("Motion to Dismiss"). Dkt. 46.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate to the following schedule for the responsive pleading briefing of this motion:

| BRIEFING DEADLINE | CURRENT DEADLINE | ~~PROPOSED~~ STIPULATED DUE DATE |
| --- | --- | --- |
| Plaintiff's Opposition Brief | December 3, 2020 | December 17, 2020 |
| Defendant's Reply Brief | December 10, 2020 | January 7, 2021 |
| Motion Hearing Date | January 7, 2021 | January 21, 2021 |

The reasons for the request are set forth in the attached Declaration of Michael Indrajana.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: November 25, 2020        STEPTOE & JOHNSON LLP

By: /s/ Anthony J. Anscombe
    Anthony J. Anscombe
    Sarah D. Gordon
    Melanie A. Ayerh

*Counsel for Defendants,*
HARTFORD FIRE INSURANCE COMPANY
SENTINEL INSURANCE COMPANY, LIMITED

DATED: November 25, 2020        SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION

By: /s/ Sanjiv N. Singh
    Sanjiv N. Singh

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: <u>/s/ Michael B. Indrajana</u>
      Michael B. Indrajana

*Counsel for Plaintiff,* FOUNDER INSTITUTE INCORPORATED

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: November 27, 2020

UNITED STATES DISTRICT COURT
APPROVED
Judge Vince Chhabria
NORTHERN DISTRICT OF CALIFORNIA

The Hon
United S