SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff FOUNDER INSTITUTE INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUNDER INSTITUTE INCORPORATED,** a Delaware Corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**HARTFORD FINANCIAL SERVICES GROUP,** a corporation doing business in California; **SENTINEL INSURANCE COMPANY, LIMITED,** a corporation doing business in California; and **DOES 1 through 50,** inclusive,<br><br>**Defendants.** | Case No.: 3:20-cv-04466-VC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF FOUNDER INSTITUTE INCORPORATED'S OPPOSITION TO SENTINEL INSURANCE COMPANY, LIMITED'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. Pro. 12(b)(6)]<br><br>Date:       January 21, 2021<br>Time:       10:00 a.m.<br>Location:  450 Golden Gate Avenue<br>                 San Francisco, CA 94102<br>                 Courtroom 4 – 17th floor |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Founder Institute Incorporated ("Founder"), through its attorneys of record, requests that the Court take judicial notice pursuant to Federal Rules of Evidence Rule 201 of the following documents in support of its motion to dismiss:

1. Attached hereto as Exhibit 1 is the true and correct copy of the relevant portion of the hearing transcript for *Mortar & Pestle Corp. d/b/a Olea Restaurant v. Atain Specialty Insurance Company a/k/a Atain Insurance Company,* Case No. 3:20-cv-03461-MMC (N. D. Cal., May 21, 2020), Sept. 11, 2020 Hearing Transcript, ECF No. 30 at 34:8-12.

2. Attached hereto as Exhibit 2 is the true and correct copy of the relevant portion of the hearing transcript for *Social Life Magazine, Inc. v. Sentinel Ins. Co. Lmtd.*, Case No. 1:20-cv-03311 (S.D.N.Y., May 14, 2020), ECF No. 24-1 at 5:3-4.

3. Attached hereto as Exhibit 3 is the true and correct copy of the ECF docket entry for *Mostre Exhibits LLC. v. Sentinel Ins. Co.*, Case No. 3:20-cv-01332 (S.D. Cal. Jul. 14, 2020).

4. Attached hereto as Exhibit 4 is the true and correct copy of the court order dated December 10, 2020, for *HealthNOW Medical Center, Inc. v. State Farm Gen. Ins. Co.,* Case No. 4:20-cv-04340-HSG, ECF No. 40.

5. Attached hereto as Exhibit 5 is the true and correct copy of the October 15, 2020 hearing transcript for Sentinel's Rule 12(b)(6) Motion to Dismiss Hearing in this matter, ECF No. 41.

DATED: December 17, 2020            Respectfully Submitted by,

/s/ Michael B. Indrajana
Michael B. Indrajana
INDRAJANA LAW GROUP, A PROFESSIONAL
LAW CORPORATION

- 1 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF FOUNDER INSTITUTE INCORPORATED'S OPPOSITION TO SENTINEL INSURANCE COMPANY, LIMITED'S MOTION TO DISMISS
CASE NO.: 3:20-CV-04466-VC