# EXHIBIT 3

.,ENE,PROTO

# U.S. District Court
## Southern District of California (San Diego)
### CIVIL DOCKET FOR CASE #: 3:20−cv−01332−BAS−BLM

Mostre Exhibits, LLC v. Sentinel Insurance Company, Limited et al  
Assigned to: Judge Cynthia Bashant  
Referred to: Magistrate Judge Barbara Lynn Major  
Cause: 28:1332 Diversity Action  

Date Filed: 07/14/2020  
Jury Demand: Plaintiff  
Nature of Suit: 110 Insurance  
Jurisdiction: Diversity  

| Date Filed | # | Docket Text |
|---|---|---|
| 07/14/2020 | 1 | NOTICE OF REMOVAL from Superior Court of CA, County of San Diego, case number 37−2020−00015730− CU−IC−CTL. ( Filing fee $ 400 receipt number ACASDC−14157770). Filed by Sentinel Insurance Company, Limited. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A − Complaint and Amendment to Complaint, # 3 Exhibit B − Summons, # 4 Exhibit C − Notice of Case Assignment, # 5 Exhibit D − Proof of Service, Summons (Sentinel), # 6 Exhibit E − Proof of Service, Summons (Hartford), # 7 Exhibit F − Proof of Service, Summons (Insurance Office of America, # 8 Exhibit G − Request for Dismissal (Hartford), # 9 Exhibit H − Notice of Entry of Dismissal (Hartford), # 10 Declaration of Ashwin J. Ram, # 11 Exhibit 1, # 12 Exhibit 2, # 13 Exhibit 3, # 14 Exhibit 4, # 15 Exhibit 5, # 16 Proof of Service)<br><br>The new case number is 3:20−cv−1332−BAS−BLM. Judge Cynthia Bashant and Magistrate Judge Barbara Lynn Major are assigned to the case.(sjt) (Entered: 07/15/2020) |
| 07/15/2020 | 2 | Corporate Disclosure Statement by Sentinel Insurance Company, Limited identifying Corporate Parent The Hartford Financial Services Group, Inc. for Sentinel Insurance Company, Limited. (Ayerh, Melanie) (jmo). (Entered: 07/15/2020) |
| 07/15/2020 | 3 | NOTICE of Party With Financial Interest by Sentinel Insurance Company, Limited . No Parties With Financial Interest. (Ayerh, Melanie) (jmo). (Entered: 07/15/2020) |
| 07/15/2020 | 4 | Corporate Disclosure Statement by Mostre Exhibits, LLC. No Corporate Parents/Interested Parties. (LiMandri, Charles) (jmo). (Entered: 07/15/2020) |
| 07/15/2020 | 5 | DEMAND for Trial by Jury by Mostre Exhibits, LLC. (LiMandri, Charles) (jmo). (Entered: 07/15/2020) |
| 07/21/2020 | 6 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM *for Declaratory Relief* against Mostre Exhibits, LLC by Sentinel Insurance Company, Limited. (Attachments: # 1 Exhibit A)(Ram, Ashwin)Attorney Ashwin J. Ram added to party Sentinel Insurance Company, Limited(pty:dft) (jmo). (Entered: 07/21/2020) |
| 07/23/2020 | 7 | NOTICE AND ORDER for Early Neutral Evaluation Conference and Case Management Conference Via Video−conference. Video−conference Early Neutral Evaluation set for 8/19/2020 at 01:30 PM before Magistrate Judge Barbara Lynn Major. Case Management Conference set for 8/19/2020 01:30 PM before Magistrate Judge Barbara Lynn Major. Joint Discovery Plan due 8/7/2020. Signed by Magistrate Judge Barbara Lynn Major on 7/22/20.(jmo) (Entered: 07/23/2020) |
| 07/28/2020 | 8 | ANSWER to Complaint with Jury Demand by Insurance Office of America, Inc.. (Attachments: # 1 Corporate Disclosure Statement)(Vance, Natalie)Attorney Natalie P. Vance added to party Insurance Office of America, Inc.(pty:dft) (jmo). (Entered: 07/28/2020) |
| 07/28/2020 | 9 | *Plaintiff and Counter−Defendant Mostre Exhibits LLC's* ANSWER to 6 Answer to Complaint,, Counterclaim, by Mostre Exhibits, LLC.(LiMandri, Charles) (jmo). (Entered: 07/28/2020) |
| 08/06/2020 | 10 | Ex Parte MOTION to Continue *ENE Conference and Joint Stipulation on Continuance* by Mostre Exhibits, LLC. (LiMandri, Charles)(jmo). (Entered: 08/06/2020) |

| | | |
|---|---|---|
| 08/07/2020 | 11 | JOINT DISCOVERY PLAN by Mostre Exhibits, LLC (LiMandri, Charles) (jmo). (Entered: 08/07/2020) |
| 08/07/2020 | 12 | ORDER Granting Stipulated Ex Parte Application for Continuance of Early Neutral Evaluation Conference and Case Management Conference (ECF No. 10 ). Joint Discovery Plan due 9/4/2020. Video Early Neutral Evaluation and Case Management Conference set for 8/19/20 is continued to 9/16/2020 at 09:30 AM before Magistrate Judge Barbara Lynn Major. Signed by Magistrate Judge Barbara Lynn Major on 8/7/20. (jmo) (Entered: 08/07/2020) |
| 09/14/2020 | 13 | Request to Appear Pro Hac Vice ( Filing fee received: $ 206 receipt number ACASDC−14499775.) (Application to be reviewed by Clerk.) (Gordon, Sarah)QC email sent re missing signature. (dsn). (Entered: 09/14/2020) |
| 09/14/2020 | 14 | Request to Appear Pro Hac Vice, No payment Submitted. (Application to be reviewed by Clerk.) (Gordon, Sarah) (dsn) (Entered: 09/14/2020) |
| 09/16/2020 | 15 | Minute Entry for proceedings held before Magistrate Judge Barbara Lynn Major: (Z) Early Neutral Evaluation Conference held on 9/16/2020. Case did not settle. (Z)Case Management Conference held on 9/16/2020. Order to follow. (Plaintiff Attorney Charles S. LiMandri, Milan L. Brandon). (Defendant Attorney Ashwin J. Ram, Natalie P. Vance). (no document attached) (bll) (Entered: 09/16/2020) |
| 09/17/2020 | 16 | SCHEDULING ORDER Regulating Discovery and Other Pre−Trial Proceedings. The parties must file a joint motion for a protective order, which includes theterms of their agreement for handling confidential documents and information, on or before 10/7/20. Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by 11/16/20. All motions, other than motions to amend or join parties, or motions in limine, shall be filed on or before 9/10/21. Mandatory Settlement Conference set for 11/8/2021 at 09:30 AM before Magistrate Judge Barbara Lynn Major. Proposed Pretrial Order due by 12/27/2021. Final Pretrial Conference set for 1/10/2022 at 11:00 AM before Judge Cynthia Bashant. Jury Trial set for 3/8/2022 at 09:00 AM before Judge Cynthia Bashant. All motions in limine are due no later than 1/24/22. Motion In Limine Responses due by 2/7/2022. Motion In Limine Hearing set for 2/28/2022 at 10:30 AM before Judge Cynthia Bashant.. Signed by Magistrate Judge Barbara Lynn Major on 9/17/20.(jmo) (Entered: 09/17/2020) |
| 09/21/2020 | 17 | ORDER Denying the Pro Hac Vice Application of Sarah Gordon, re 14 Request to Appear Pro Hac Vice. Signed by Judge Cynthia Bashant on 9/21/2020.(rmc) (Entered: 09/21/2020) |
| 09/22/2020 | 18 | NOTICE *of Scheduling Order* by Mostre Exhibits, LLC re 16 Scheduling Order,,,,, Set Motion and R&R Deadlines/Hearings,,,, (LiMandri, Charles) (jmo). (Entered: 09/22/2020) |
| 10/07/2020 | 19 | Joint MOTION for Protective Order by Insurance Office of America, Inc.. (Attachments: # 1 Exhibit A)(Lytle, Douglas)Attorney Douglas W. Lytle added to party Insurance Office of America, Inc.(pty:dft) (jmo). (Entered: 10/07/2020) |
| 10/08/2020 | 20 | ORDER Granting Joint Motion for a Protective Order (ECF No. 19 ) Motion for Protective Order. Signed by Magistrate Judge Barbara Lynn Major on 10/7/20. (jmo) (Entered: 10/08/2020) |
| 10/20/2020 | 21 | NOTICE of Appearance by Jessica R. K. Dorman on behalf of Sentinel Insurance Company, Limited (Dorman, Jessica)Attorney Jessica R. K. Dorman added to party Sentinel Insurance Company, Limited(pty:dft) (jmo). (Entered: 10/20/2020) |
| 10/20/2020 | 22 | NOTICE of Appearance by Paul S White on behalf of Sentinel Insurance Company, Limited (White, Paul)Attorney Paul S White added to party Sentinel Insurance Company, Limited(pty:dft) (jmo). (Entered: 10/20/2020) |