| | |
|---|---|
| 1 | SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION |
| 2 | Sanjiv N. Singh, Esq. (SBN 193525)<br>1650 S. Amphlett Blvd. Suite 220 |
| 3 | San Mateo, CA 94402<br>Phone: (650) 389-2255 |
| 4 | Email: ssingh@sanjivnsingh.com |
| 5 | INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION |
| 6 | Michael B. Indrajana, Esq. (SBN 258329)<br>1650 S. Amphlett Blvd. Suite 220 |
| 7 | San Mateo, CA 94402<br>Phone: (650) 597-0928 |
| 8 | Email: michael@indrajana.com |

Attorneys for Plaintiff FOUNDER INSTITUTE INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUNDER INSTITUTE INCORPORATED,** a Delaware Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>**HARTFORD FINANCIAL SERVICES GROUP,** a corporation doing business in California**; SENTINEL INSURANCE COMPANY, LIMITED,** a corporation doing business in California**; and DOES 1 through 50,** inclusive**,**<br><br>    Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**DECLARATION OF MICHAEL B. INDRAJANA IN SUPPORT OF PLAINTIFF FOUNDER INSTITUTE INCORPORATED'S OPPOSITION TO SENTINEL INSURANCE COMPANY, LIMITED'S MOTION TO DISMISS**<br><br>[Fed. R. Civ. Pro. 12(b)(6)]<br><br>Date:      January 21, 2021<br>Time:      10:00 a.m.<br>Location:  450 Golden Gate Avenue<br>           San Francisco, CA 94102<br>           Courtroom 4 – 17th floor<br>Judge:     Hon. Vince Chhabria |

## DECLARATION OF MICHAEL B. INDRAJANA

I, Michael B. Indrajana, hereby declare:

1. I am an attorney licensed in the State of California and Principal at Indrajana Law Group, a PLC, which is appearing in this action as counsel for Plaintiff Founder Institute Incorporated ("Founder"). I am over 18 years old and have personal knowledge of the facts set forth below, and if called to do so, I could and would competently testify thereto. I am submitting this Declaration in support of Founder's Opposition to Sentinel Insurance Company Limited's Motion to Dismiss under Rule 12(b)(6).

2. Attached hereto as **Exhibit A** is a true and correct copy of my email correspondence sent to Mr. Anthony Anscombe, lead counsel for Defendants dated October 28, 2020.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that foregoing is true and correct to the best of my knowledge.

DATED this 17th day of December 2020, in San Mateo, California.

/s/ Michael B. Indrajana
Michael B. Indrajana