# EXHIBIT A

12/17/2020 Indrajana Law Group, a Professional Law Corporation Mail - Mostre Exhibits, LLC v. Sentinel Insurance Company, Limited (3:20-cv-013…

Case 3:20-cv-04466-VC   Document 50-8   Filed 12/17/20   Page 2 of 2



Michael Indrajana <michael@indrajana.com>

## Mostre Exhibits, LLC v. Sentinel Insurance Company, Limited (3:20-cv-01332)
1 message

**Michael Indrajana** <michael@indrajana.com>  Wed, Oct 28, 2020 at 4:36 PM
To: "Anscombe, Anthony" <aanscombe@steptoe.com>, "Ayerh, Melanie" <mayerh@steptoe.com>, "Gordon, Sarah" <sgordon@steptoe.com>, Sanjiv Singh <ssingh@sanjivnsingh.com>, Hugo Myron <hmyron@sanjivnsingh.com>

Hi Anthony,

I found this case while working on our amended complaint. From what I can tell, Hartford answered in this case and did not file a 12(b)(6) motion. Out of curiosity, could you tell us the reason why Hartford answered in Mostre Exhibits yet filed a 12(b)(6) in Founder?

Thanks,

Michael Indrajana | Indrajana Law Group, a Professional Law Corporation
(650) 597-0928 | michael@indrajana.com | www.indrajana.com

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.