1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FOUNDER INSTITUTE INCORPORATED,** a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>**HARTFORD FINANCIAL SERVICES GROUP,** a corporation doing business in California**; SENTINEL INSURANCE COMPANY, LIMITED,** a corporation doing business in California**;** and **DOES 1 through 50,** inclusive**,**<br><br>          Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**[PROPOSED] ORDER**<br><br>**[Fed. R. Civ. Pro. 12(b)(6)]**<br><br>Date:          January 21, 2021<br>Time:          10:00 a.m.<br>Location:    450 Golden Gate Avenue<br>                     San Francisco, CA 94102<br>                     Courtroom 4 – 17th floor<br>Judge:         Hon. Vince Chhabria |

# [PROPOSED] ORDER

On January 21, 2021, at 10:00 AM, Defendant Sentinel Insurance Company Limited ("Sentinel") Rule 12(b)(6) Motion to Dismiss the Third Amended Complaint for Plaintiff Founder Institute Incorporated ("Founder") came on for hearing before this Court. Having considered the papers submitted, all evidence in support of and in opposition to the Motion to Dismiss, any papers filed in reply, the arguments of counsel, and good cause appearing, the Court hereby orders that Sentinel's Rule 12(b)(6) Motion to Dismiss is:

☐ **DENIED IN ITS ENTIRETY.**

☐ **DENIED AS TO COUNT(S)_____, GRANTED AS TO COUNT(S)_____ WITHOUT PREJUDICE WITH LEAVE TO AMEND.**

Plaintiff will have until _____ to file the Amended Complaint.

IT IS SO ORDERED.

DATED:

_____
Hon. Vince Chhabria
UNITED STATES DISTRICT COURT JUDGE