**STEPTOE & JOHNSON LLP**
Anthony J. Anscombe
State Bar No. 135883
aanscombe@steptoe.com
1 Market Plaza, Spear Tower, Suite 3900
San Francisco, CA  94105
Telephone:     (415) 365-6700
Facsimile:      (415) 365-6699

**STEPTOE & JOHNSON LLP**
Sarah D. Gordon, *admitted pro hac vice*
sgordon@steptoe.com
1330 Connecticut Ave NW
Washington, DC 20036
Telephone:     (202) 429-8005
Facsimile:     (202) 429-3902

**STEPTOE & JOHNSON LLP**
Melanie A. Ayerh, State Bar No. 303211
mayerh@steptoe.com
633 West Fifth Street, Suite 1900
Los Angeles, CA 90071-3033
Telephone: (213) 439-9432
Facsimile: (213) 439-9599

*Attorneys for Defendants,*
SENTINEL INSURANCE COMPANY, LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUTE INCORPORATED, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY, a corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**SENTINEL INSURANCE COMPANY, LTD.'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: January 21, 2021<br>Time: 10:00 a.m.<br>Courtroom:  4<br>Judge:  Honorable Vince Chhabria |

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

The attached judicial orders may be judicially noticed because they are not the subject of reasonable dispute and were obtained from "sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Federal courts routinely take judicial notice of matters of public record, including publicly available court records. *See, e.g.*, *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) ("We may take judicial notice of undisputed matters of public record . . . including documents on file in federal or state courts." (internal quotations and citations omitted)); *Boruta v. JPMorgan Chase Bank, N.A.*, No. 19-cv-07257-WHO, 2020 WL 887784, at *5 n.4 (N.D. Cal. Feb. 24, 2020) (citing *United States v. Raygoza-Garcia*, 902 F.3d 994, 1001 (9th Cir. 2018)) ("A court may take judicial notice of undisputed matters of public record, including publicly available court records.")

**EXHIBITS**

1. <u>Exhibit 8</u>: Exhibit 8 is a true and correct copy of the Order dated November 10, 2020 granting Defendant Twin City Fire Insurance Company's Motion for Summary Judgment in the matter of *Barroso v. Twin City Fire Ins. Co.*, No. 1:20-cv-00632-LMB-MSN, before the United States District Court for the Eastern District of Virginia.

2. <u>Exhibit 9</u>: Exhibit 9 is a true and correct copy of the Order and Statement of Decision dated December 29, 2020 granting Defendant Beazley Underwriting Limited's Motion to Dismiss in the matter of *Tralom, Inc. v. Beazley USA Servs., Inc.,* No. 2:20-cv-08344-JFW (RAOx), before the United States District Court for the Central District of California.

For the foregoing reasons, Sentinel respectfully requests that the Court take judicial notice of Exhibits 8 through 9 to this Supplemental Request for Judicial Notice.

Dated: January 7, 2021          Respectfully submitted,

/s/ *Anthony J. Anscombe*
Anthony J. Anscombe
Sarah D. Gordon (*admitted pro hac vice*)
Melanie A. Ayerh

*Counsel for Sentinel Insurance Company, Limited*