# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BARROSO, INC., d/b/a/ GUAJILLO  )
MEXICAN CUISINE,                )
                                )
        Plaintiff,              )
                                )   1:20-cv-632 (LMB/MSN)
v.                              )
                                )
TWIN CITY FIRE INSURANCE CO., et al., )
                                )
        Defendants.             )

ORDER

For the reasons stated during a telephone conference held on the record with attorneys for plaintiff Barroso, Inc. ("plaintiff") and defendant Twin City Fire Insurance Co. present, Plaintiff's Motion for Partial Summary Judgment on the Issue of Coverage [Dkt. No. 17] is DENIED, Defendant Twin City Fire Insurance Company's Motion for Summary Judgment [Dkt. No. 22] is GRANTED, and it is hereby

ORDERED that defendant Commonwealth of Virginia be and is DISMISSED from this civil action; and it is further

ORDERED that the Clerk enter judgment under Federal Rule of Civil Procedure 58 in favor of defendant Twin City Fire Insurance Co.

The Clerk is directed to forward copies of this Order to counsel of record, and close this civil action.

Entered this 10 day of November, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge