SANJIV N. SINGH, A PROFESSIONAL LAW CORPORATION
Sanjiv N. Singh, Esq. (SBN 193525)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 389-2255
Email: ssingh@sanjivnsingh.com

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION
Michael B. Indrajana, Esq. (SBN 258329)
1650 S. Amphlett Blvd. Suite 220
San Mateo, CA 94402
Phone: (650) 597-0928
Email: michael@indrajana.com

Attorneys for Plaintiff Founder Institute Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUTE INCORPORATED., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD FINANCIAL SERVICES GROUP INCORPORATED, a Corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California; and DOES 1 through 50, inclusive.<br><br>Defendants. | Case No.: 3:20-cv-04466-VC<br><br>**PLAINTIFF FOUNDER INSTITUTE INCORPORATED'S NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to Federal Rule of Appellate Procedure 3(a) and Rule 4, Plaintiff Founder Institute, Incorporated, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Defendant's Motion to Dismiss with Prejudice without a hearing (Dkt. No. 59).

DATED: March 5, 2021

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: /s/ *Michael Indrajana*
Michael Indrajana
Attorneys for Plaintiff FOUNDER INSTITUTE INCORPORATED.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 5, 2021. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. I certify under penalty of perjury that the foregoing is true and correct.

DATED: March 5, 2021

INDRAJANA LAW GROUP, A PROFESSIONAL LAW CORPORATION

By: */s/ Michael Indrajana*

Michael Indrajana
Attorneys for Plaintiff FOUNDER INSTITUTE INCORPORATED