UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOUNDER INSTITUTE INCORPORATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD FIRE INSURANCE COMPANY, et al.,<br><br>　　　　Defendant. | 20-cv-04466-VC<br><br>**JUDGMENT** |

　　The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

　　Dated: March 15, 2021

_____
VINCE CHHABRIA
United States District Judge