|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 30 2021<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

FOUNDER INSTITUTE, INC., a Delaware Corporation,

        Plaintiff-Appellant,

 v.

HARTFORD FIRE INSURANCE COMPANY, a corporation doing business in California; SENTINEL INSURANCE COMPANY, LIMITED, a corporation doing business in California,

        Defendants-Appellees,

 and

HARTFORD FINANCIAL SERVICES GROUP, INC.,

        Defendant.

No. 21-15404

D.C. No. 3:20-cv-04466-VC
Northern District of California,
San Francisco

ORDER

Appellant's motion for voluntary dismissal of this appeal (Docket Entry No. 28) is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court acts as the mandate of this court.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Diana Cruz
        Deputy Clerk
        Ninth Circuit Rule 27-7

DC/Research